UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

JAN 2 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs **MILLER, Peppi A.**              Docket No.: **06 PT 341**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release prior to March 21, 2007, with voluntary appearance of Peppi A. Miller before the Court _____ / Magistrate Judge Kay on 2/7/07, at 10:15 AM.

## ORDER OF COURT

Considered and ordered this 22 day of January, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Judge