# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | DOCKET NO.: 06-PT 341 |
| | : | |
| PEPPI MILLER | : | |

## NOTICE OF APPEARANCE

The clerk of the court will please enter Richard Alan Samad as counsel of record for the defendant.

_____
Richard Samad
462384
Attorney at Law
1201 Pennsylvania Ave
Suite 300
Washington, DC 20004
(202) 316-0072 (cell)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed to the Office of the United States Attorney at 555 4th Street, NW, Washington, DC 20001, today.

_____
Richard Samad