UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

APR 1 1 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs **MILLER, Peppi A.**  Docket No.: **06 PT 341**

## REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** the inclusion of the additional alleged violations of supervised release in the forthcoming Hearing on Violation scheduled Magistrate Judge Alan Kay on May 23, 2007, at 9:30 a.m.

### ORDER OF COURT

Considered and ordered this ____10____ day of ____April____, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Judge